1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    ALEX G. TSE (CABN 152348)
3   Chief, Civil Division

4   ANN MARIE REDING (CABN 226468)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6813
7       FAX: (415) 436-6748
        annie.reding@usdoj.gov
8
    Attorneys for Defendant
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13
    SHEILA BLACKMAN-BAHAM,              )   CASE NO. CV 15-01922 JSW
14                                      )
            Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER RE
15                                      )   MOTION TO DISMISS
        v.                              )
16                                      )
    SALLY JEWELL, Secretary, Department of )
17  Interior,                           )
                                        )
18          Defendant.                  )
                                        )
    ─────────────────────────────────
19

20          *Pro se* plaintiff Sheila Blackman-Baham ("Plaintiff"), on behalf of herself, and Defendant Sally

21  Jewell, Secretary, Department of Interior ("Defendant"), by and through her counsel, make the

22  following representations and stipulate and agree as follows:

23          1.      On April 29, 2015, Plaintiff filed her Complaint. *See* Docket No. 1.

24          2.      On May 11, 2015, the U.S. Attorney's Office received a copy of Plaintiff's Complaint by

25  certified mail. *See* Declaration of Ann Marie Reding ("Reding Decl."), ¶ 2.

26          3.      On July 10, 2015, Defendant filed a motion dismiss Plaintiff's complaint in its entirety.

27  Defendant also filed an administrative motion to relate this case to an earlier-filed case involving the

28  same parties and some of the same claims, Case No. CV 10-02656 JSW.  Reding Decl., ¶ 3; Dkt No. 10

1   in Case No. CV 10-02656 JSW.

2         4.      On July 16, 2015, Plaintiff wrote an email to counsel for Defendant requesting an

3   extension of time to file her opposition to Defendant's motion to dismiss until August 21, 2015. Reding

4   Decl. ¶ 4.

5         5.      On July 20, 2015, the Court related this case to Case No. CV 10-02656 JSW, and

6   reassigned this case to the Honorable Jeffrey S. White. The Court also vacated the hearing date on

7   Defendant's motion to dismiss and requested that she re-notice the motion before Judge White. *Id.* ¶ 5.

8         6.      On July 20, 2015, Defendant filed a re-notice of her motion to dismiss, noticing the

9   hearing for September 25, 2015, at 9:00 a.m. before Judge White. *Id.* ¶ 6. On the same date, Plaintiff

10   confirmed that she would still like the previously requested extension of time to file her opposition. *Id.*

11         7.      In light of Plaintiff's request, the parties stipulate and agree to the following:

12        &bull;   August 21, 2015 - Last day for Plaintiff to file and serve her opposition to Defendant's

13            motion to dismiss; and

14        &bull;   August 31, 2015 - Last day for Defendant to file and serve her reply in support of her

15            motion to dismiss.

16   *Id.* at ¶ 7.

17         8.      No prior extensions of time have been requested or granted. *See id.* at ¶ 8.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION AND [PROPOSED] ORDER
CV 15-01922 JSW

9. The requested time modifications will have no impact on the hearing on Defendant's motion to dismiss. *See id.*

DATED: July 22, 2015                    Respectfully submitted,

                                        _____/s/ Sheila Blackman-Baham_____
                                        SHEILA BLACKMAN-BAHAM
                                        Plaintiff

DATED: July 22, 2015                    Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney

                                        _____/s/ Ann Marie Reding[1]_____
                                        ANN MARIE REDING
                                        Assistant United States Attorney
                                        Attorneys for Defendant

## [PROPOSED] ORDER

Plaintiff and Defendant's Stipulation and Proposed Order re Motion to Dismiss is hereby **GRANTED**. Plaintiff shall file her opposition to Defendant's motion to dismiss on or before August 21, 2015. Defendant shall file her reply on or before August 31, 2015. The hearing on Defendant's motion to dismiss is set for September 25, 2015 at 9:00 a.m.

Date: July 22 , 2015

_____
JEFFREY S. WHITE
United States District Judge

---

[1] I, Ann Marie Reding, hereby attest that I obtained the concurrence in the filing of this document of all signatories whose signatures are represented by /s/.

STIPULATION AND [PROPOSED] ORDER
CV 15-01922 JSW