IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA BLACKMAN-BAHAM, | No. C 15-01922 JSW |
| Plaintiff, | |
| v. | **ORDER VACATING HEARING** |
| SALLY JEWELL, | |
| Defendant. / | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendant's motion to dismiss (Docket No. 8), which has been set for hearing on Friday, September 25, 2015 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the Court VACATES the September 25, 2015 hearing. The motion to dismiss will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: September 21, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE