UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA BLACKMAN-BAHAM,<br><br>   Plaintiff,<br><br>v.<br><br>SALLY JEWELL,<br><br>   Defendant. | Case No. 15-cv-01922-JSW<br><br>**ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEFS RE MOTION TO DISMISS**<br><br>Re: Dkt. No. 8 |

On July 10, 2015, Defendant Sally Jewell, Secretary, Department of Interior ("Defendant") filed a motion to dismiss the Complaint filed by Plaintiff Sheila Blackman-Baham ("Plaintiff") (Docket No. 8).  In the motion, Defendant contended that Plaintiff's claims relating to her termination and to alleged whistleblowing are barred by the doctrine of *res judicata*, also known as claim preclusion.  Plaintiff filed an opposition to this motion.  In Defendant's reply, Defendant contended that *all* of Plaintiff's claims, not only her termination and whistleblowing claims, are barred by *res judicata*.  This contention warrants a response.

Accordingly, given the record in this case and in the interests of justice, the Court, *sua sponte*, HEREBY GRANTS Plaintiff the opportunity to file a supplemental brief in response to Defendant's contention that this entire case should be dismissed on the basis of *res judicata*. Plaintiff shall file her supplemental brief on or before February 22, 2016.  If Plaintiff files a supplemental brief, Defendant may file a supplemental brief in reply, on or before March 2, 2016. Neither party's supplemental brief may exceed 10 pages.

**IT IS SO ORDERED.**

Dated: February 1, 2016

_____
JEFFREY S. WHITE
United States District Judge