UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA BLACKMAN-BAHAM,<br><br>      Plaintiff,<br><br>  v.<br><br>SALLY JEWELL,<br><br>      Defendant. | Case No.  15-cv-01922-JSW<br><br>**ORDER VACATING HEARING AND SETTING SCHEDULE FOR SUBMISSION OF MOTION**<br><br>Re: Dkt. No. 31 |

Now before the Court is Defendant's motion to dismiss Plaintiff's amended complaint. Defendant filed the motion to dismiss on June 9, 2016.  With the motion, Defendant filed a proof of service indicating that Defendant served a copy of the motion and proposed order on Plaintiff, at her address of record, via first class mail on June 9, 2016.  Plaintiff has not, however filed a response to the motion.

No response to the motion having been received, the Court hereby VACATES the July 22, 2016 hearing on the motion.

If Plaintiff seeks the opportunity to file an untimely response to the motion to dismiss, Plaintiff must file an administrative motion for leave to file an untimely response, showing good cause, no later than August 8, 2016.  Any motion for leave to file an untimely response must be accompanied by the proposed response.

///

///

///

///

///

1       If Plaintiff does not seek leave to file an untimely response to the motion to dismiss, the

2  Court shall take the motion to dismiss under submission on August 9, 2016, and a written ruling

3  will issue in due course.

4       **IT IS SO ORDERED.**

5  Dated: July 18, 2016

6

7

8  JEFFREY S. WHITE
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28