UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHEILA BLACKMAN-BAHAM, | Case No. 15-cv-01922-JSW |
|---|---|
| Plaintiff, | |
| v. | **ORDER SETTING SCHEDULE FOR RESPONSE TO MOTION FOR PERMISSION TO FILE LATE OPPOSITION** |
| SALLY JEWELL, | |
| Defendant. | Re: Dkt. No. 33 |

The Court has received Plaintiff's motion for permission to file a late opposition to the motion to dismiss (Dkt. No. 33), accompanied by the proposed late opposition (Dkt. No. 34). The Court STRIKES the schedule for response to the motion for permission that was automatically generated by the Court's electronic filing system and entered as part of docket entry 33, and SETS the following schedule.

The opposition to the motion for permission to file a late opposition is due on August 11, 2016. No reply in support of the motion for permission shall be filed. *See generally* N.D. Cal. Civil. L.R. 7-11.

In its order ruling on the motion for permission to file a late opposition, the Court shall set a further schedule, as appropriate at that time.

**IT IS SO ORDERED.**

Dated: August 8, 2016

JEFFREY S. WHITE
United States District Judge